No. 12–5913. WILLIAMS v. BELTRAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5919. SARTAIN v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 12–5932. BROWN v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 12–5935. SCOTT v. PADULA, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5951. MAREZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–5956. CONTRERAS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 12–5957. ESTEEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 12–5965. DEAN v. URIBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5984. LISLE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 12–5997. KLINCAR v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 12–6035. RENDELMAN v. NEUMANN ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–6042. CIACCI v. HAWAII. C. A. 9th Cir. Certiorari denied.

No. 12–6055. WILLIAMS v. LEWIS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6065. BREWER v. RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6080. GARCIA-NAVARRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6134. CONWAY v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.